# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

SAFECO INSURANCE COMPANY OF ILLINOIS,

    Plaintiff,

vs.

PAUL HICKS and JANE GOSCH,

    Defendants.

No. 16-CV-0202 LTS

**JUDGMENT**

---

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** That Judgment is entered in accordance with the attached Memorandum Opinion and Order.

    **DATED** this 17th day of April 2018.

Approved as to form by

_____
Leonard T Strand, Chief Judge

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

_____
By: Suzanne Carlson, Deputy Clerk